# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldsmith, Mark A. | U.S. District Court for the Eastern District of Michigan | 06/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
231 W. Lafayette Blvd.
Detroit MI 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of executive board of directors | Wayne State University Center for the Study of Citizenship |
| 2. | Member of board | Historical Society of U.S. District Court, E.D. Michigan |
| 3. | President and Secretary | Goldsmith Group, Ltd. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed social worker |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Invesco Charter fka AIM Charter (IRA-Brok Acct #1) | D | Dividend | | | Sold | 09/13/19 | M | F | |
| 2. Calamos Growth (IRA-Brok Acct #1) | E | Dividend | | | Sold | 09/13/19 | M | E | |
| 3. VYM (IRA-Brok Acct #1) | C | Dividend | M | T | Buy | 09/13/19 | M | | |
| 4. Fidelity Contra (IRA-Brok Acct #2) | D | Dividend | M | T | | | | | |
| 5. Fidelity Int'l Discovery (IRA-Brok Acct #2) | A | Dividend | | | Sold | 09/12/19 | L | E | |
| 6. Fidelity Int'l Small Cap (IRA-Brok Acct #2) | A | Dividend | | | Sold | 09/12/19 | L | F | |
| 7. Fidelity Cash Reserves (IRA-Brok Acct #2) | A | Interest | J | T | | | | | |
| 8. VBIAX (IRA-Brok Acct#2) | B | Dividend | M | T | Buy | 09/13/19 | M | | |
| 9. TRowePrice Growth ( IRA Brok Acct #3) | F | Dividend | O | T | | | | | |
| 10. Invesco Van Kampen Growth Income (IRA Brok Acct #3) | F | Dividend | N | T | | | | | |
| 11. JP Morgan Small Cap Value Select (IRA Brok Acct #3) | B | Dividend | | | Sold | 09/13/19 | N | G | |
| 12. Vanguard Mid-Cap Index (IRA Brok Acct #3) | D | Dividend | N | T | | | | | |
| 13. SCHB (IRA Brok Acct #3) | B | Dividend | M | T | Buy | 09/13/19 | M | | |
| 14. SCHD (IRA Brok Acct#3) | B | Dividend | M | T | Buy | 09/13/19 | M | | |
| 15. SsgA Russell 2000 Index (St of Mich 401K) | A | Dividend | M | T | | | | | |
| 16. Pacific One Variable Annuity (Janus Focussed Growth) | A | Dividend | L | T | | | | | |
| 17. AMG Managers Emerging Opp (Brok Acct #4) | E | Dividend | | | Sold | 09/12/19 | M | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  FXAIX (Brok Acct #4) | B | Dividend | M | T | Buy | 09/12/19 | M | | |
| 19.  PFF (Brok Acct #4) | C | Dividend | M | T | Buy | 09/30/19 | M | | |
| 20.  Fidelity Govt Money Fund (Brok Acct #4) | A | Dividend | K | T | | | | | |
| 21.  Vanguard 500 Index | A | Dividend | J | T | | | | | |
| 22.  TIAACREF 100% Equity (529) | | None | K | T | | | | | |
| 23.  Fidelity Cash Reserves (IRA-Brok Acct #6) (Y) | | | | | | | | | |
| 24.  Voya Financial Variable Life Insurance Policy | A | Interest | J | T | | | | | |
| 25.  NY Life Guaranteed Lifetime Income Annuity (fixed annuity) | | None | K | T | | | | | |
| 26.  Vibe Credit Union cash account | A | Interest | J | T | | | | | |
| 27.  Comerica Bank cash account | A | Interest | J | T | | | | | |
| 28.  FXIAX (IRA-Brok Acct#5)(X) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 29.  ATT (Tr Acct #1)(X) | B | Dividend | | | Sold | 09/16/19 | K | C | |
| 30.  ABBV (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | | |
| 31.  AEE (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | L | D | |
| 32.  AEP(Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | L | D | |
| 33.  WTR(Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | K | D | |
| 34.  CNP(Tr Acct#1)(X) | | None | | | Sold | 09/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldsmith, Mark A.** | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. KO (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | A | |
| 36. ED (Tr Acct#1)(X) | C | Dividend | | | Sold | 09/16/19 | M | E | |
| 37. D(Tr Acct #1)(X) | A | Dividend | | | Sold | 09/16/19 | J | A | |
| 38. EPD (Tr Acct #1)(X) | | None | | | Sold | 09/16/19 | J | A | |
| 39. XOM (Tr Acct #1)(X) | C | Dividend | | | Sold | 09/16/19 | M | | |
| 40. GIS (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | B | |
| 41. IRM (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | | |
| 42. KMB (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | K | D | |
| 43. KHC (Tr Acct #1)(X) | A | Dividend | | | Sold | 09/16/19 | J | | |
| 44. PG (Tr Acct#1)(X) | C | Dividend | | | Sold | 09/16/19 | M | E | |
| 45. SO (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | B | |
| 46. SYY (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | B | |
| 47. MMM (Tr Acct#1)(X) | D | Dividend | | | Sold | 09/16/19 | N | | |
| 48. WPC (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | K | D | |
| 49. WBA (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | | |
| 50. WRE (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | K | B | |
| 51. WELL (Tr Acct#1)(X) | A | Dividend | | | Sold | 09/16/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldsmith, Mark A.** | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DRNYX (Tr Acct#1)(X) | D | Dividend | | | Sold | 09/16/19 | N | D | |
| 53. VZ (Tr Acct#1)(X) | B | Dividend | | | Sold | 09/16/19 | L | | |
| 54. ENB (Tr Acct#1)(X) | | None | | | Sold | 02/22/19 | J | | |
| 55. WTR (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | K | B | |
| 56. AZO (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | B | |
| 57. MHN (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | A | |
| 58. MYN (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 59. BA (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 60. AVCO (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | B | |
| 61. CME (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | | |
| 62. KO (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 63. D (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | K | A | |
| 64. GSN (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 65. GOF (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | K | C | |
| 66. MMD (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 67. MET (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 68. NEA (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NZF (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | F | |
| 70. PAYX (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 71. MAV (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | | |
| 72. RFA (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | A | |
| 73. RY (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 74. TGT (Tr Acct#1)(X) | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 75. HQH (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | | |
| 76. HQL (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | | |
| 77. URI (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | A | |
| 78. VOC (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | | |
| 79. AB (Tr Acct#1)(X) | | None | | | Sold | 04/30/19 | J | | |
| 80. ATAX (Tr Acct#1)(X) | | | | | Sold | 04/30/19 | K | | |
| 81. RaymondJames Cash (Tr Acct#1)(X) | A | Dividend | K | T | | | | | |
| 82. | | | | | | | | | |
| 83. FNSXX (Tr Acct#2) | A | Dividend | K | T | Buy | 09/19/19 | L | | |
| 84. | | | | | Sold (part) | 09/30/19 | K | | |
| 85. FCNTX (Tr Acct#2) | B | Dividend | L | T | Buy | 09/19/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PFF (Tr Acct#2) | A | Dividend | K | T | Buy | 09/20/19 | K | | |
| 87. | | | | | Buy (add'l) | 09/30/19 | K | | |
| 88. PTLC (Tr Acct#2) | A | Dividend | L | T | Buy | 09/20/19 | L | | |
| 89. NOBL (Tr Acct#2) | A | Dividend | L | T | Buy | 09/20/19 | L | | |
| 90. VCIT (Tr Acct#2) | A | Dividend | K | T | Buy | 09/20/19 | K | | |
| 91. VFIAX (Tr Acct#2) | A | Dividend | L | T | Buy | 09/19/19 | L | | |
| 92. SGOIX (Tr Acct#2) | | None | | | Buy | 09/23/19 | K | | |
| 93. | | | | | Sold | 09/30/19 | K | | |
| 94. RaymondJames Cash (Tr Acct#2) | A | Dividend | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. FNSXX (Tr Acct#3) | A | Dividend | K | T | Buy | 09/19/19 | K | | |
| 97. FCNTX (Tr Acct#3) | B | Dividend | L | T | Buy | 09/19/19 | L | | |
| 98. PFF (Tr Acct#3) | B | Dividend | K | T | Buy | 09/20/19 | K | | |
| 99. | | | | | Buy (add'l) | 09/26/19 | L | | |
| 100. NOBL (Tr Acct#3) | A | Dividend | L | T | Buy | 09/20/19 | L | | |
| 101. VCIT (Tr Acct#3) | A | Dividend | K | T | Buy | 09/20/19 | K | | |
| 102. VFIAX (Tr Acct#3) | A | Dividend | L | T | Buy | 09/19/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldsmith, Mark A. | 06/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  SGOIX (Tr Acct#3) | | None | | | Buy | 09/18/19 | L | | |
| 104. | | | | | Sold | 09/30/19 | L | | |
| 105.  RaymondJames Cash (Tr Acct#3) | A | Dividend | J | | | | | | |
| 106. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Goldsmith, Mark A.** | 06/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part I, line 3, I am listed  as president and secretary of Goldsmith Group, Ltd., a company wholly owned by a ▮▮▮▮▮▮▮▮ and I am not compensated.

Regarding Part VII, line 18: Although called a variable insurance policy, the policy consists of a death benefit and a Guaranteed Interest Division, which produces interest that increases the cash value of the policy; I have no ownership interest in the assets generating the interest.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Goldsmith**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544